FILED
CLERK, U.S. DISTRICT COURT
AUG 10 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Daniel Lopez <br> Defendant. | Case No.: EDCR14-45-VAP <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    (X) the defendant's nonobjection to detention at this time

    ( ) other: _____

| | |
|---|---|
| 1 | and/or |
| 2 | B. (X) The defendant has not met his/her burden of establishing by clear and |
| 3 | convincing evidence that he/she is not likely to pose a danger to the |
| 4 | safety of any other person or the community if released under 18 U.S.C. |
| 5 | § 3142(b) or (c). This finding is based on the following: |
| 6 | (X) information in the Pretrial Services Report and Recommendation |
| 7 | (X) information in the violation petition and report(s) |
| 8 | (X) the defendant's nonobjection to detention at this time |
| 9 | ( ) other: _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: August 10, 2015

_____
SHERI PYM
United States Magistrate Judge